# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DEIJAH ATKINS, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| JACKSONVILLE STATE UNIVERSITY | ) | |
| and JACKSONVILLE STATE BOARD | ) | |
| OF TRUSTEES, | ) | **1:19-cv-01624-ACA** |
| | ) | |
| Defendants. | ) | |

Summons in a Civil Action

To: JACKSONVILLE STATE UNIVERSITY
c/o Legal Department of Jacksonville State University
700 Pelham Road North
Jacksonville, AL 36265

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Roger C Appell
301 19th Street North
Birmingham, Ala 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: **OCT 03 2019**

SHARON N. HARRIS, CLERK
By: *Shirley H. Williams*

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DEIJAH ATKINS, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| JACKSONVILLE STATE UNIVERSITY | ) | |
| and JACKSONVILLE STATE BOARD | ) | |
| OF TRUSTEES, | ) | **1:19-cv-01624-ACA** |
| | ) | |
| DefendantS. | ) | |

Summons in a Civil Action

To: JACKSONVILLE STATE BOARD OF TRUSTEES
c/o Legal Department of Jacksonville State University
700 Pelham Road North
Jacksonville, AL 36265

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Roger C Appell
301 19th Street North
Birmingham, Ala 35207

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: **OCT 03 2019**

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203