FILED
2020 Sep-09  PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **DEIJAH ATKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **1:19-cv-01624-ACA** |
| ) | |
| **JACKSONVILLE STATE** ) | |
| **UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR ENTRY OF
## QUALIFIED HIPAA PROTECTIVE ORDER

Plaintiff Deijah Atkins ("Plaintiff") and Jacksonville State University ("Defendant") (collectively, the "Parties") respectfully propose, consent, and move the Court for entry of a Qualified HIPAA Protective Order, a copy of which is attached hereto as <u>Exhibit A</u>.  The Parties agree that the entry of the Qualified HIPAA Protective Order attached hereto will facilitate discovery in this matter, such as production of Plaintiff's medical records, providing an Order governing the dissemination of protected health information of plaintiff to satisfy potential questions by health care providers.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE. FURTHER, THE PARTIES HAVE AGREED THAT JOSH C. HARRISON WILL E-FILE THE FOREGOING.

Respectfully submitted this 9th day of September, 2019.

| | |
|---|---|
| s/ Bhavani Raveendran<br>Roger C. Appell, Esq.<br>301 – 19th Street North 301 Washington Birmingham, AL 35203<br>rogercappell@aol.com<br><br>Bhavani Raveendran (Pro Hac Vice)<br>ROMANUCCI & BLANDIN, LLC<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654<br>braveendran@rblaw.net<br><br>Marwan E. Porter, Esq.<br>The Cochran Firm – Treasure Coast<br>5033 SE Federal Highway<br>Stuart, FL 34997<br>mporter@cochranfirm.com<br><br>Attorneys for Plaintiff | s/ Josh C. Harrison<br>Lisa Karen Atkins (ASB-3326-I72A)<br>Josh C. Harrison (ASB-3775-O76H)<br>OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C.<br>420 20th Street North, Suite 1900<br>Telephone: (205) 328-1900<br>Facsimile: (205) 328-6000<br>lisa.atkins@ogletree.com<br>josh.harrison@ogletree.com<br><br>Attorneys for Defendant |